# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANCI LI,<br>Petitioner,<br>v.<br>WARDEN of Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-06512-SK<br>**ORDER CONDITIONALLY GRANTING HABEAS PETITION**<br>A File No. 067-204-923 |

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is conditionally granted.

TIANCI LI (A# 067-204-923) shall be released from ICE custody forthwith by no later than **5:00 PM PT November 6, 2026**, unless respondents produce and file with this court by no later **9:00 AM PT November 6, 2026**:

(1) The Form I-407 (Record of Abandonment of Lawful Permanent Resident Status) that petitioner allegedly signed in or around August 2024.

(2) The complete October 26, 2026 Notice to Appear.

If released pursuant to this order, respondents shall also return at the same time all of petitioner's identification or other official documents seized.

Final judgment will be deferred until after petitioner's counsel reports that petitioner has been released or else that the conditions ordered here

have been satisfied. If the conditions are satisfied, respondents shall answer the petition within 7 days, and petitioner's reply to the answer shall be filed within 3 days thereafter.

Meanwhile, this court retains jurisdiction to enforce its conditional order.

IT IS SO ORDERED.

DATED: November 4, 2026

STEVE KIM
United States Magistrate Judge