**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TIANCI LI,

Petitioner,

v.

WARDEN of Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-06512-SK

**ORDER GRANTING HABEAS PETITION**

A File No. 067-204-923

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted. IT IS ORDERED THAT:

1. TIANCI LI (A# 067-204-923) shall be released from ICE detention forthwith on a bond no less than $1,500 or a written order of release on recognizance with petitioner's signed acknowledgment.

2. Respondents shall return petitioner's seized identification or other official documents upon his release.

The Court retains jurisdiction to enforce its order and judgment if petitioner is re-detained in violation of the Immigration and Nationality Act or relevant agency regulations.

IT IS SO ORDERED.

DATED: November 23, 2026

STEVE KIM
United States Magistrate Judge