**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIANCI LI,<br>Petitioner,<br>v.<br>WARDEN of Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-06512-SK<br>**JUDGMENT**<br>A File No. 067-204-923 |

Pursuant to the Order Granting Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in petitioner's favor. TIANCI LI (A# 067-204-923) is to be released from ICE detention forthwith on a bond no less than $1,500 or a written order of release on recognizance with petitioner's signed acknowledgment. Respondents shall also return petitioner's seized identification or other official documents upon his release.

DATED: November 23, 2026

STEVE KIM
United States Magistrate Judge